UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
)  Case No. 1:24-cr-30
v. )
)  Judge Curtis L. Collier
ORLANDO WATKINS )  Magistrate Judge Steger
    Also known as "A.G." )

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On February 24, 2026, Magistrate Judge Steger issued a Report and Recommendation ("R&R") as to Defendant Orlando Watkins's motion to suppress (Doc. 44). (Doc. 55.) Defendant timely filed two objections to the R&R, which are now before the Court. (Doc. 56.) The United States ("the Government") filed a response in opposition. (Doc. 57.)

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. For the reasons set forth in the accompanying memorandum, the Court overrules Defendant's objections (Doc. 56), **ACCEPTS** and **ADOPTS** the Magistrate Judge's R&R (Doc. 55), and **DENIES** Defendant's motion to suppress (Doc. 44).

**SO ORDERED.**

**ENTER:**

**/s/**_____
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**